UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

MICHAEL GODDARD,           )
                           )
        Plaintiff,         )
                           )
    v.                     )    No. 4:05-CV-1991 (CEJ)
                           )
ALAN BLAKE,                )
                           )
        Defendant.         )

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion to make void his motion for dismissal [#20] is **granted**.

**IT IS FURTHER ORDERED** that plaintiff's motion to dismiss [#19] is **withdrawn**.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to amend his complaint [#21] is **granted**.

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [#23] is **denied without prejudice**.

**IT IS FURTHER ORDERED** that defendant's motion to compel plaintiff's disclosures, pursuant to Fed.R.Civ.P. 26(a)(1), [#24] is **granted**.

**IT IS FURTHER ORDERED** that plaintiff shall, no later than **August 28, 2006**, provide his Rule 26(a)(1) disclosures. Failure to comply may result in sanctions pursuant to Rules 16(f), 37(b)(2), and 41(b), including but not limited to dismissal of this action.

**IT IS FURTHER ORDERED** that defendant's motions to amend the case management order to extend the dispositive motion deadline [#25, #26] are **granted**.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS HEREBY ORDERED** that dispositive motions shall be filed no later than **September 29, 2006**. The response in opposition to such a motion shall be due no later than **October 27, 2006**; the reply in support of the motion shall be due no later than **November 6, 2006**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 24th day of July, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com