UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL GODDARD, )
)
        Plaintiff, )
)
   v. ) No. 4:05-CV-1991 (CEJ)
)
ALAN BLAKE, )
)
        Defendant. )

## **MEMORANDUM AND ORDER**

This matter is before the Court on the motion of defendant Alan Blake for sanctions for failure to comply with a court order. Plaintiff has not responded to the motion, and the time allowed for doing so has expired.

On July 24, 2006, the Court ordered plaintiff to provide disclosures required by Fed.R.Civ.P. 26(a)(1). Plaintiff was specifically warned that, "Failure to comply may result in sanctions pursuant to Rules 16(f), 37(b)(2), and 41(b), including but not limited to dismissal" of the complaint. Plaintiff was given until August 28, 2006 to produce his disclosures. Defendant Blake informs the Court that plaintiff has not complied with the Court's order, nor has he sought an extension of time in which to do so.

The plaintiff, without justification or excuse, has failed to provide disclosures and has disobeyed the Court's order. The Court finds that plaintiff has effectively abandoned prosecution of his case, and thus dismissal is warranted.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of defendant Alan Blake for sanctions [#29] is **granted**.

 

                                              _____
                                              CAROL E. JACKSON
                                              UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2006.